**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THYRONE CONNOR, | No. 2:13-CV-1685-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CDC FOLSOM MAIL ROOM, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on June 2, 2015, and the case is closed. Pending before the Court is Plaintiff's motion, ECF No. 22, in which Plaintiff states: "This is Mr. Connor. Could you please ask the Department of Correction staff about this issue because this issue needs to come before the Court." Attached to Plaintiff's filing is an "Inmate Request for Interview" form dated July 21, 2021, directed to staff at the California Health Care Facility regarding alleged conduct by "Officer Sam." Id. at 3. Because this action is closed, there is no pending case or controversy within which the Court may grant relief. Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1